# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:   CLINTON BAILEY  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 09-50291-FJS

　　　Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| CLINTON BAILEY<br>711 SHADWELL COURT<br>APT 4G<br>NEWPORT NEWS, VA 23601 | $1,065.00 |

Date: June 14, 2010　　　　　　　　　　　　　　　　　　　　　　/s/ George W. Neal  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　George W. Neal  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　870 Greenbrier Circle, Suite 402  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chesapeake, VA  23320  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(757) 961-3000